UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA,
                                   :

      -against-                    **ORDER**

                                   :

FAROUK APPIEDU, et al.,            21 CR 88 (JSR)

                                   :

        Defendants.
                                   :

---------------------------------------------------------------X

Rakoff, D.J.:

Appiedu's motion for an amendment of his bail conditions is GRANTED and his

conditions of release are modified only to the extent that he may attend weekly religious services

at the Andalusia Islamic Center located at 380 Walnut Street in Yonkers, New York. All of Mr.

Appiedu's remaing conditions of release remain unaltered. Appiedu must proceed directly to and from the mosque, and he must notify Pre-Trial Services in ~~advance~~ advance regarding when he will leave home and when he will return.

It is SO ORDERED.

Dated:  May 13, 2021
       New York, New York

                                        _____
                                        HON. JED S. RAKOFF